# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFEREY ALLEN

NO. 2020 KW 0012

MAR 1 3 2020

In Re:     Jefferey Allen, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 11-16-0355.

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.** A defendant cannot appeal or seek review of a
sentence imposed in conformity with a plea agreement which was
set forth in the record at the time of the plea. See also La.
Code Crim. P. art. 881.2(A)(2).

**JMM**
**WRC**

   **Theriot, J.,** concurs and would deny the writ application on
the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT